NUMBER 13-01-413-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                           CORPUS CHRISTI

__________________________________________________________________

 

ALFREDO
RODRIGUEZ,                                             Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On appeal from the 347th
District Court 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                              O P I N I O N

 

    Before Chief Justice Valdez and
Justices Hinojosa and Yañez

                                Opinion Per Curiam

 








Appellant, ALFREDO RODRIGUEZ,
perfected an appeal from a judgment entered by the  347th District Court of Nueces County,
Texas,  in cause number 00-CR-4011-H.  On January 31, 2002, this
cause was abated, and the trial court was directed to conduct a hearing in
accordance with Tex. R. App. P.
38.8(b)(2).  The
trial court=s findings and
recommendations were received on April 9, 2002.  The trial court found that the appellant does
not wish to prosecute her appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 25th
day of April, 2002.